# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAUL JOSEPH MALDONADO,                             1:07-cv-01076 OWW DLB (HC)

               Petitioner,

                                   **ORDER AUTHORIZING**

v.                             **IN FORMA PAUPERIS STATUS**

SCRIBNER,

               Respondent.

_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

     IT IS SO ORDERED.

     **Dated:** ___**July 31, 2007**___       _____**/s/ Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE