IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JOSEPH MALDONADO, | 1:07-cv-01076-OWW-DLB (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME |
| SCRIBNER, | (DOCUMENT #6) |
| Respondent. / | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 20, 2007, petitioner filed a motion for extension of time to file objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:  **September 14, 2007**            **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE