IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JOSEPH MALDONADO,<br><br>             Petitioner,<br><br>      vs.<br><br>SCRIBNER,<br><br>             Respondent.<br>_____/ | 1:07-cv-01076-OWW-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #8)<br><br>DEADLINE: NOVEMBER 30, 2007 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 15, 2007, petitioner filed a motion to extend time to file his objections to the findings and recommendations issued on August 8, 2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted an extension up to and including November 30, 2007, to file his objections to the findings and recommendations..

IT IS SO ORDERED.

Dated:   **October 30, 2007**              /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE