UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL JOSEPH MALDONADO, | ) | 1:07-cv-01076-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 4) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| SCRIBNER, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 2, 2007, the Magistrate Judge filed Findings and a Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED, and the Clerk of Court be directed to enter judgment. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within fifteen (15) days from the date of service of that order. On August 20, 2007 and October 15, 2007, respectively, Petitioner filed a motion to extend time. On September 14, 2007 and October 10, 2007, respectively, the court granted Petitioner an additional thirty (30) days within which to respond. On November 26, 2007, Petitioner filed objections to the Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 2, 2007, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED; and,

3. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   January 2, 2008**                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE