# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JOSEPH MALDONADO,<br><br>                    Petitioner,<br><br>     v.<br><br>SCRIBNER,<br><br>                    Respondent.                    / | 1:07-CV-01076 OWW DLB HC<br><br>ORDER VACATING ORDER ADOPTING FINDINGS AND RECOMMENDATION AND ENTRY OF JUDGMENT AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR ISSUANCE OF BRIEFING SCHEDULE<br><br>[Docs. 11, 12] |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On August 2, 2007, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED, and the Clerk of Court be directed to enter judgment. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within fifteen (15) days from the date of service of that order. On August 20, 2007 and October 15, 2007, respectively, Petitioner filed a motion to extend time. On September 14, 2007 and October 10, 2007, respectively, the court granted Petitioner an additional thirty (30) days within which to respond. On November 26, 2007, Petitioner filed objections to the Findings and Recommendation.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. In his objections, Petitioner contends that he is challenging his validation as a gang member and subsequent placement in the Security Housing Unit, thereby

1

depriving him of potential good time credits.  Based on Petitioner's allegations, the Court finds that Petitioner's claim is cognizable under § 2254, and shall proceed forward.  Accordingly, the Recommendation to dismiss the instant petition as not cognizable under § 2254 is not adopted, and the matter shall be referred back to the Magistrate Judge for issuance of a briefing schedule.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's January 2, 2008, order adopting the Findings and Recommendation and entry of judgment is VACATED;
2. The Findings and Recommendation issued August 2, 2007, is not ADOPTED; and
3. The matter is referred back to the Magistrate Judge for issuance of a briefing schedule.

IT IS SO ORDERED.

**Dated:   January 10, 2008**               /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE