UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL JOSEPH MALDONADO,<br><br>  Petitioner,<br><br>  vs.<br><br>SCRIBNER, Warden,<br><br>  Respondent.<br>_____/ | 1:07-cv-1076 OWW DLB  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DENYING REQUEST FOR CONTINUANCE<br><br>(DOCUMENT #16) |

Petitioner has requested the appointment of counsel. Contrary to Petitioner's assertion, there currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

Petitioner also requests a continuance of the action while he seeks review with the assistance of counsel. Petitioner's request shall be denied. On January 30, 2008, the Court directed Respondent to file a response to the instant petition. (Court Doc. 14.) A motion to dismiss is due on or before April 2, 2008, in the alternative, an answer is due on or before May 5, 2008. Accordingly, as Respondent has yet to file a responsive pleading, there is currently no

1  pending deadline for Petitioner.  Although Petitioner is not prevented from seeking the
2  assistance of counsel on his own behalf, the Court will not, at this juncture, grant a continuance
3  for such purpose.  Accordingly, Petitioner's request for a continuance is DENIED.

    IT IS SO ORDERED.
        Dated:    **March 5, 2008**                    /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE