1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RAUL JOSEPH MALDONADO,                    1:07-CV-01076 OWW DLB HC

10                   Petitioner,             ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATION, GRANTING
11         v.                                RESPONDENT'S MOTION TO DISMISS,
                                             AND DISMISSING PETITION, WITH
12                                           PREJUDICE, AS UNTIMELY
    SCRIBNER,
13                                           [Doc. 21]
                     Respondent.
14   _____/

15

16         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18         On May 13, 2008, the Magistrate Judge issued Findings and Recommendation that the

19   Motion to Dismiss be GRANTED.  This Findings and Recommendation was served on all parties

20   and contained notice that any objections were to be filed within thirty (30) days of the date of

21   service of the order.  Over thirty (30) days have passed and no party has filed objections.

22         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

23   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

24   Findings and Recommendation is supported by the record and proper analysis.

25         Accordingly, IT IS HEREBY ORDERED that:

26         1.      The Findings and Recommendation issued May 13, 2008, is ADOPTED IN

                   FULL;

27         2.      The Motion to Dismiss is GRANTED;

28

3.      The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice; and,

4.      The Clerk of the Court is DIRECTED to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:    July 7, 2008**                            _____/s/ Oliver W. Wanger_____
                                                              UNITED STATES DISTRICT JUDGE